# LOCAL FORM 1007.1
## United States Bankruptcy Court
### Eastern District of Tennessee

In re **Steve Mack Summers**
**Jessica Fay Summers**

Debtor(s)

Case No.
Chapter **13**

## STATEMENT REGARDING PAYMENT ADVICES OR OTHER EVIDENCE OF PAYMENT

| CERTIFICATION OF DEBTOR | CERTIFICATION OF JOINT DEBTOR |
|---|---|
| I hereby certify under penalty of perjury that | I hereby certify under penalty of perjury that |
| ■ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc.] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted,* | ■ attached hereto are copies of all payment advices or other evidence of payment [such as paycheck stubs, direct deposit advices, statements of payment, etc.] that I have received from an employer within 60 days before the date of the filing of the petition, with all but the last four digits of the debtor's social security number redacted,* |
| or | or |
| ☐ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition. | ☐ I did not receive any such documents from an employer within 60 days before the date of the filing of the petition. |
| **/s/ Steve Mack Summers** | **/s/ Jessica Fay Summers** |
| **[SIGNATURE OF DEBTOR]** | **[SIGNATURE OF JOINT DEBTOR]** |
| Date: **February 17, 2010** | Date: **February 17, 2010** |

_____

* Other evidence of payment may consist of the debtor's most recent paycheck stub showing year-to-date earnings if the debtor has worked the same job the last 60 days before the date of the filing of the petition.

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

STEVE SUMMERS                           MFG   RGN3   00934 ELECT

| EARNINGS | RATE | HOURS | CURRENT | YEAR TO DATE | TAXES/DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| .CATION | 12.00 | 40.00 | 480.00 | 480.00 | * FEDERAL TAX | .96 | .96 |
| 'S BONUS | | | 72.21 | 72.21 | * SOC SEC TAX | 30.04 | 30.04 |
| .XABLE FRINGE | | | 50.00 | 50.00 | * MEDICARE TAX | 7.03 | 7.03 |
| | | | | | CHILD SUPPORT | 125.76 | 125.76 |
| | | | | | PROCESSING FEE | 1.00 | 1.00 |
| | | | | | PRETAX MEDICAL | 113.00 | 113.00 |
| | | | | | PRETAX DISAB | 4.64 | 4.64 |
| | | | | | WHOLE LIFE | 10.64 | 10.64 |
| | | | | | UNITED FUND | .25 | .25 |
| | | | | | DIRECT DEPOSIT | 258.89 | 258.89 |
| )1K Match | | | | | | | |

STATEMENT OF EARNINGS AND DEDUCTIONS                                DETACH AND RETAIN FOR YOUR RECORDS

| EARNINGS | TAXES | DEDUCTIONS | NET PAY | DEPOSIT NUMBER | MS | EXM | ADD AMT |
|---|---|---|---|---|---|---|---|
| 552.21 | - 38.03 | - 255.29 | = 258.89 | 2266162 | FD | M 03 | |
| SOC SEC NO | EMPLOYEE NO | PERIOD BEGIN | PERIOD ENDING | | ST | M 00 | |
| | 307928 | 12/27/2009 | 1/02/2010 | | | | |

## Clayton

NUMBER  2266162

DATE  1/08/2010

DEPOSITED TO BANK ACCOUNT NUMBER          AMOUNT DEPOSITED

HOME FEDERAL BANK    **************7679  Saving            258.89

DEPOSIT
TO THE     STEVE SUMMERS
ACCOUNT OF 141 JARNIGAN CHAPEL ROAD                DEPOSIT ADVICE
           CLINTON, TN 37716                       NON NEGOTIABLE

NON NEGOTIABLE DEPOSIT ADVICE ONLY

STEVE SUMMERS  MFG  RGN3  00934 BPANL  No. **1038576**

| EARNINGS | RATE | HOURS | CURRENT | YEAR TO DATE | TAXES/DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| HOURLY EARNINGS | 12.00 | 30.56 | 366.72 | 366.72 | * FEDERAL TAX | | .96 |
| VACATION | | | | 480.00 | * SOC SEC TAX | 19.92 | 49.96 |
| TPS BONUS | | | 72.21 | 144.42 | * MEDICARE TAX | 4.65 | 11.68 |
| TAXABLE FRINGE | | | | 50.00 | CHILD SUPPORT | 125.76 | 251.52 |
| | | | | | BANKRUPTCY | 160.32 | 160.32 |
| | | | | | PROCESSING FEE | | 1.00 |
| | | | | | PRETAX MEDICAL | 113.00 | 226.00 |
| | | | | | PRETAX DISAB | 4.64 | 9.28 |
| | | | | | WHOLE LIFE | 10.64 | 21.28 |
| | | | | | UNITED FUND | | .25 |
| | | | | | DIRECT DEPOSIT | | 258.89 |
| 401K Match | | | | | | | |

STATEMENT OF EARNINGS AND DEDUCTIONS  DETACH AND RETAIN FOR YOUR RECORDS

| EARNINGS | TAXES | DEDUCTIONS | NET PAY | CHECK AMOUNT | | MS | EXM | ADD AMT |
|---|---|---|---|---|---|---|---|---|
| 438.93 | 24.57 | 414.36 | | | FD | M | 03 | |
| SOC SEC NO | EMPLOYEE NO | PERIOD BEGIN | PERIOD ENDING | CHECK DATE | ST | M | 00 | |
| | 307928 | 1/03/2010 | 1/09/2010 | 1/15/2010 | | | | |

▽ REMOVE DOCUMENT ALONG THIS PERFORATION ▽



**Clayton**
PAYROLL ACCOUNT

SunTrust
SunTrust Bank, Northwest Georgia   64-79
SunTrust Bank, East Tennessee or   611

No. **1038576**
Date 1/15/2010

PAY **VOID**VOID**VOID**VOID**VOID**VOID**VOID**VOID**VOID**VOID**

AMOUNT
$********0.00*
VOID AFTER 180 DAYS

TO THE
ORDER OF
STEVE SUMMERS
141 JARNIGAN CHAPEL ROAD
CLINTON, TN  37716

TWO SIGNATURES REQUIRED ON AMOUNTS OF $100.00 AND ABOVE

⑆000103857⑈ ⑆061100790⑈ 319500013 2⑈

| STEVE SUMMERS | | | MFG   RGN3   00934 BPANL | | | | No. **1038837** |
|---|---|---|---|---|---|---|---|
| EARNINGS | RATE | HOURS | CURRENT | YEAR TO DATE | TAXES/DEDUCTIONS | CURRENT | YEAR TO DATE |
| HOURLY EARNINGS | 12.00 | 39.91 | 478.92 | 845.64 | * FEDERAL TAX | | .96 |
| GUARANTEE PAY | 12.00 | .09 | 1.08 | 1.08 | * SOC SEC TAX | 28.12 | 78.08 |
| VACATION | | | | 480.00 | * MEDICARE TAX | 6.58 | 18.26 |
| TPS BONUS | | | 72.21 | 216.63 | CHILD SUPPORT | 125.76 | 377.28 |
| FITNESS REIMBURS | | | 19.00 | 19.00 | BANKRUPTCY | 265.00 | 425.32 |
| TAXABLE FRINGE | | | | 50.00 | PROCESSING FEE | 1.00 | 2.00 |
| | | | | | PRETAX MEDICAL | 113.00 | 339.00 |
| | | | | | PRETAX DISAB | 4.64 | 13.92 |
| | | | | | PRETAX 401K | 11.04 | 11.04 |
| | | | | | WHOLE LIFE | 10.64 | 31.92 |
| | | | | | UNITED FUND | .25 | .50 |
| | | | | | DIRECT DEPOSIT | | 258.89 |
| 401K Match | | | 11.04 | 11.04 | | | |

STATEMENT OF EARNINGS AND DEDUCTIONS                                           DETACH AND RETAIN FOR YOUR RECORDS

| EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | CHECK AMOUNT | | MS | EXM | ADD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 571.21 | − | 34.70 | − | 531.33 | = | 5.18 | 5.18 | FD | M | 03 | |
| SOC SEC NO | | EMPLOYEE NO | | PERIOD BEGIN | | PERIOD ENDING | CHECK DATE | ST | M | 00 | |
| | | 307928 | | 1/10/2010 | | 1/16/2010 | 1/22/2010 | | | | |

▽ REMOVE DOCUMENT ALONG THIS PERFORATION ▽

| STEVE SUMMERS | | | MFG RGN3 | 00934 BPANL | | | No. 1039083 |
|---|---|---|---|---|---|---|---|
| EARNINGS | RATE | HOURS | CURRENT | YEAR TO DATE | TAXES/DEDUCTIONS | CURRENT | YEAR TO DATE |
| HOURLY EARNINGS | 12.00 | 39.01 | 468.12 | 1,313.76 | * FEDERAL TAX | | .96 |
| GUARANTEE PAY | 12.00 | .99 | 11.88 | 12.96 | * SOC SEC TAX | 26.95 | 105.03 |
| VACATION | | | | 480.00 | * MEDICARE TAX | 6.30 | 24.56 |
| TPS BONUS | | | 72.21 | 288.84 | CHILD SUPPORT | 125.76 | 503.04 |
| FITNESS REIMBURS | | | | 19.00 | BANKRUPTCY | 264.92 | 690.24 |
| TAXABLE FRINGE | | | | 50.00 | PROCESSING FEE | | 2.00 |
| | | | | | PRETAX MEDICAL | 113.00 | 452.00 |
| | | | | | PRETAX DISAB | 4.64 | 18.56 |
| | | | | | PRETAX 401K | | 11.04 |
| | | | | | WHOLE LIFE | 10.64 | 42.56 |
| | | | | | UNITED FUND | | .50 |
| | | | | | DIRECT DEPOSIT | | 258.89 |
| 401K Match | | | | 11.04 | | | |

STATEMENT OF EARNINGS AND DEDUCTIONS                    DETACH AND RETAIN FOR YOUR RECORDS

| EARNINGS | TAXES | DEDUCTIONS | NET PAY | CHECK AMOUNT | | MS | EXM | ADD AMT |
|---|---|---|---|---|---|---|---|---|
| 552.21 | 33.25 | 518.96 | | | FD | M | 03 | |
| SOC SEC NO | EMPLOYEE NO | PERIOD BEGIN | PERIOD ENDING | CHECK DATE | ST | M | 00 | |
| | 307928 | 1/17/2010 | 1/23/2010 | 1/29/2010 | | | | |

▽ REMOVE DOCUMENT ALONG THIS PERFORATION ▽

**Clayton**
PAYROLL ACCOUNT

SunTrust
SunTrust Bank, Northwest Georgia
SunTrust Bank, East Tennessee or

64-79
611

No. **1039083**
Date 1/29/2010

AY  **VOID**VOID**VOID**VOID**VOID**VOID**VOID**VOID**VOID**VOID**

AMOUNT
$*********0.00*
VOID AFTER 180 DAYS

O THE
RDER OF

STEVE SUMMERS
141 JARNIGAN CHAPEL ROAD
CLINTON, TN 37716

TWO SIGNATURES REQUIRED ON AMOUNTS OF $10,000.00 AND ABOVE

⑈000103908⑈ ⑆061100790⑆ 3195000132⑈

# Earnings Statement

**ADP**

SITEL OPERATING CORPORATION
3102 WEST END AVENUE SUITE 1000
NASHVILLE, TN 37203

| | |
|---|---|
| Period Beginning: | 12/13/2009 |
| Period Ending: | 12/26/2009 |
| Pay Date: | 12/31/2009 |

00000002507
JESSICA F SUMMERS
141 JARNIGAN CHAPEL RD
CLINTON, TN 37716

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 1
 TN: No State Income Tax

Social Security Number: XXX-XX-6793

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.7500 | 69.72 | 679.77 | 19,111.39 |
| Holiday | 9.7500 | 8.00 | 78.00 | 234.98 |
| Paid Time Off | 9.7500 | 2.50 | 24.38 | 860.25 |
| Overtime | | | | 269.39 |
| Bereavement | | | | 234.00 |
| Flsa Overtime | | | | 3.98 |
| Hol Wrk W/S | | | | 2.09 |
| Holiday Worked | | | | 466.25 |
| Referral Bonus | | | | 200.00 |
| Shift Diff | | | | 78.98 |
| **Gross Pay** | | | **$782.15** | 21,461.31 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 12.97 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -3.47 | 119.38 |
| Social Security Tax | | -48.41 | 1,328.37 |
| Medicare Tax | | -11.32 | 310.67 |
| **Other** | | | |
| Checking3 | | -546.97 | |
| Child Support | | -162.46 | 4,395.65 |
| Long Term Dis | | -4.68 | 95.11 |
| Short Term Dis | | -3.51 | 90.12 |
| Vision Ins | | -1.33* | 35.91 |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $780.82

---

SITEL OPERATING CORPORATION
3102 WEST END AVENUE SUITE 1000
NASHVILLE, TN 37203

Advice number: 00000532906
Pay date: 12/31/2009

**THIS IS NOT A CHECK**

Deposited to the account of
JESSICA F SUMMERS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx2306 | xxxx  xxxx | $546.97 |

VOID AFTER 180 DAYS

# NON-NEGOTIABLE

| CO | FILE | DEPT | CLOCK | VCHR NO. | 130 |
|---|---|---|---|---|---|
| CLI | 601206 | K121CC | | 0000022886 | 1 |

# Earnings Statement

**ADP**

SITEL OPERATING CORPORATION
3102 WEST END AVENUE SUITE 1000
NASHVILLE, TN 37203

Period Beginning: 12/27/2009
Period Ending: 01/09/2010
Pay Date: 01/15/2010

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 1
   TN: No State Income Tax

00000002468
JESSICA F SUMMERS
141 JARNIGAN CHAPEL
RD
CLINTON, TN 37716

Social Security Number: XXX-XX-6793

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.7500 | 62.75 | 611.81 | 611.81 |
| Holiday | 9.7500 | 8.00 | 78.00 | 78.00 |
| Paid Time Off | 9.7500 | 8.00 | 78.00 | 78.00 |
| **Gross Pay** | | | **$767.81** | 767.81 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 8.05 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -9.73 | 9.73 |
| Social Security Tax | | -47.52 | 47.52 |
| Medicare Tax | | -11.11 | 11.11 |
| **Other** | | | |
| Checking3 | | -527.47 | |
| Child Support | | -162.46 | 162.46 |
| Long Term Dis | | -4.68 | 4.68 |
| Short Term Dis | | -3.51 | 3.51 |
| Vision Ins | | -1.33* | 1.33 |
| **Net Pay** | | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $766.48

---

SITEL OPERATING CORPORATION
3102 WEST END AVENUE SUITE 1000
NASHVILLE, TN 37203

Advice number: 00000022886
Pay date: 01/15/2010

Deposited to the account of
**JESSICA F SUMMERS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx2306 | xxxx xxxx | $527.47 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

# NON-NEGOTIABLE

| CO | FILE | DEPT | CLOCK | VCHR NO. | 130 |
| CLI | 601206 | K121CC | | 0000042887 | 1 |

SITEL OPERATING CORPORATION
3102 WEST END AVENUE SUITE 1000
NASHVILLE, TN 37203

# Earnings Statement 

Period Beginning: 01/10/2010
Period Ending: 01/23/2010
Pay Date: 01/29/2010

00000002421
JESSICA F SUMMERS
141 JARNIGAN CHAPEL
RD
CLINTON, TN 37716

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 1
 TN: No State Income Tax

Social Security Number: XXX-XX-6793

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.7500 | 72.97 | 711.46 | 1,323.27 |
| Paid Time Off | 9.7500 | 7.50 | 73.13 | 151.13 |
| Holiday | | | | 78.00 |
| **Gross Pay** | | | **$784.59** | 1,552.40 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -11.40 | 21.13 |
| | Social Security Tax | -48.56 | 96.08 |
| | Medicare Tax | -11.36 | 22.47 |
| | Other | | |
| | Checking3 | -541.29 | |
| | Child Support | -162.46 | 324.92 |
| | Long Term Dis | -4.68 | 9.36 |
| | Short Term Dis | -3.51 | 7.02 |
| | Vision Ins | -1.33* | 2.66 |
| **Net Pay** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 3.63 |

\* Excluded from federal taxable wages
 Your federal taxable wages this period are $783.26

---

SITEL OPERATING CORPORATION
3102 WEST END AVENUE SUITE 1000
NASHVILLE, TN 37203

Advice number: 00000042887
Pay date: 01/29/2010

Deposited to the account of
JESSICA F SUMMERS

| account number | transit ABA | amount |
|---|---|---|
| XXXXXXXXX2306 | XXXX XXXX | $541.29 |

VOID AFTER 180 DAYS

THIS IS NOT A CHECK

# NON-NEGOTIABLE

```
CO    FILE   DEPT   CLOCK  VCHR NO.  130
CLI   601206 K121CC        0000512872  1
```

**EARNINGS STATEMENT**  ADP

SITEL OPERATING CORPORATION
3102 WEST END AVENUE SUITE 1000
NASHVILLE, TN 37203

Period Beginning: 11/29/2009
Period Ending: 12/12/2009
Pay Date: 12/18/2009

00000002474
JESSICA F SUMMERS
141 JARNIGAN CHAPEL
RD
CLINTON, TN 37716

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  2
  TN:  No State Income Tax

Social Security Number: XXX-XX-6793

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.7500 | 80.00 | 780.00 | 18,431.62 |
| Overtime | 14.6250 | .88 | 12.87 | 269.39 |
| Bereavement | | | | 234.00 |
| Flsa Overtime | | | | 3.98 |
| Hol Wrk W/S | | | | 2.09 |
| Holiday | | | | 156.98 |
| Holiday Worked | | | | 466.25 |
| Paid Time Off | | | | 835.87 |
| Referral Bonus | | | | 200.00 |
| Shift Diff | | | | 78.98 |
| **Gross Pay** | | | **$792.87** | 20,679.16 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 12.39 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -49.07 | 1,279.96 |
| Medicare Tax | | -11.48 | 299.35 |
| Federal Income Tax | | | 115.91 |
| **Other** | | | |
| Checking3 | | -560.34 | |
| Child Support | | -162.46 | 4,233.19 |
| Long Term Dis | | -4.68 | 90.43 |
| Short Term Dis | | -3.51 | 86.61 |
| Vision Ins | | -1.33* | 34.58 |
| **Net Pay** | | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $791.54

---

SITEL OPERATING CORPORATION
3102 WEST END AVENUE SUITE 1000
NASHVILLE, TN 37203

Advice number: 00000512872
Pay date: 12/18/2009

Deposited to the account of
JESSICA F SUMMERS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx2306 | xxxx xxxx | $560.34 |

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**